# United States Court of Appeals
# for the Fifth Circuit

No. 21-50010

United States Court of Appeals
Fifth Circuit

**FILED**
March 12, 2021

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

ISRAEL HERNANDEZ, JR.,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:12-CR-899-2-DAE

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of March 12, 2021, for want of prosecution. The appellant failed to timely pay the fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/ Roeshawn Johnson
Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT